

# Fourth Court of Appeals
## San Antonio, Texas

May 21, 2014

No. 04-13-00325-CV

Ruben Guadalupe **GALINDO**,
Appellant

v.

Tanya Sue **GALINDO**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-20303
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

Sitting:      Catherine Stone, Chief Justice
               Karen Angelini, Justice
               Sandee Bryan Marion, Justice
               Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice

The court has considered the Appellant's Motion for Rehearing En Banc, and the motion is DENIED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of May, 2014.

_____
Keith E. Hottle
Clerk of Court